1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm, Suite 408
   Fresno, California 93704
3  Telephone: (559) 241-7000

4  Attorney for JUAN GONZALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                         )<br>           Plaintiff,                   )<br>                                         )<br>    vs.                                  )<br>                                         )<br>JUAN GONZALES, et al.,                   )<br>                                         )<br>           Defendants.                   )<br>_____) | NO. 1:05 CR 00240 AWI<br><br>STIPULATION TO CONTINUE<br>MOTION TO SUPPRESS<br>AND ORDER THEREON<br><br>DATE:      July 31, 2006<br>TIME:      9:00 AM<br>DEPT:      Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the motions hearing presently scheduled before the Hon Anthony W. Ishii for July 31, 2006 at the hour of 9:00 AM be continued to August 21, 2006 at 9:00 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

Dated: July 19, 2006.                    McGREGOR W. SCOTT, United States Attorney


                                         By: /s/ Kathleen Servatius
                                         KATHLEEN SERVATIUS, Assistant U.S. Attorney
                                         Attorney for Plaintiff

Stipulation to Continue Motion to Suppress and Order Thereon

Dated: July 19, 2006.

        /s/ Daniel A. Bacon
        DANIEL A. BACON,
        Attorney for Defendant JUAN GONZALES

Dated: July 19, 2006.

        /s/ Stephen Quade
        STEPHEN QUADE
        Attorney for Defendant ANNETTE SALAZAR

Dated: July 19, 2006.

        /s/ Philip A. DeMassa
        Philip A. DeMassa
        Attorney for Defendant JUAN GONZALES

## ORDER

IT SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 24, 2006**          /s/ Anthony W. Ishii
0m8i78          UNITED STATES DISTRICT JUDGE