DANIEL A. BACON 065099
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for JUAN GONZALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN GONZALES, et al.,<br><br>    Defendants. | NO. 1:05 CR 00240 AWI<br><br>STIPULATION TO CONTINUE<br>MOTION TO SUPPRESS<br>AND ORDER THEREON<br><br>DATE:   August 21, 2006<br>TIME:   9:00 AM<br>DEPT:   Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the motions hearing presently scheduled before the Hon Anthony W. Ishii for August 21, 2006 at the hour of 9:00 AM be continued to October 2, 2006 at 9:00 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

Dated: August 16, 2006.            McGREGOR W. SCOTT, United States Attorney


                                   By: /s/ Kathleen Servatius
                                   KATHLEEN SERVATIUS, Assistant U.S. Attorney
                                   Attorney for Plaintiff

Stipulation to Continue Motion to Suppress and Order Thereon

Dated:  August 16, 2006..

        /s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant JUAN GONZALES

Dated:  August 16, 2006.

        /s/ Stephen Quade
STEPHEN QUADE
Attorney for Defendant ANNETTE SALAZAR

Dated:  August 16, 2006..

        /s/ Philip A. DeMassa
Philip A. DeMassa
Attorney for Defendant JUAN GONZALES

## ORDER

IT SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   August 23, 2006**               **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE