McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-F-05-0240 AWI |
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE |
| | ) | MOTION HEARING AND |
| | ) | GOVERNMENT'S RESPONSIVE DATE |
| v. | ) | |
| | ) | |
| JUAN GONZALES, et al., | ) | Date: October 2, 2006 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Courtroom 2 |
| _____ | ) | |

   IT IS SO ORDERED THAT the date for the hearing on defendant's Motion to Suppress Evidence be continued from October 2, 2006 at 9:00 a.m. to October 16, 2006 at 9:00 a.m. and that the government's response to defendant's motion be due on October 2, 2006.

IT IS SO ORDERED.

**Dated:   September 28, 2006**               /s/ Anthony W. Ishii
0m8i78                                         UNITED STATES DISTRICT JUDGE

1