1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS, AUSA
   Federal Courthouse
3  2500 Tulare St., Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )  Case No. 1:05-cr-00240 AWI
                               )
12             Plaintiff,      )  STIPULATION AND ORDER
13      v.                     )  TO CONTINUE STATUS
                               )
14                             )
                               )  DATE:   July 30, 2007
15 JUAN GONZALES, et al.       )  TIME:   9:00 a.m.
                               )
16             Defendant.      )  Honorable Anthony W. Ishii
17 _____)

18

19      IT IS HEREBY STIPULATED by and between the parties hereto and through their

20 attorneys of record that the status conference presently scheduled before the Honorable Anthony

21 W. Ishii for June 25, 2007 at 9:00 a.m. be continued to July 30, 2007 at 9:00 a.m.

22      All parties herein, through their respective counsel have been contacted regarding the

23 requested continuance and concur with this request.

24 ///

25

26 ///

27

28

                                    1

The parties agree that the resulting period of delay occurring between June 30, 2007 and the date for the status conference, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161 (h)(1)(F).

IT IS SO STIPULATED:

Dated:  June 14, 2007                McGregor W. Scott
                                     United States Attorney

                                      /s/ Kathleen A. Servatius
                                      By: KATHLEEN A. SERVATIUS
                                          Assistant U.S. Attorney


Dated: June 14, 2007                  /s/  Daniel Bacon
                                     DANIEL BACON
                                     Attorney for Defendant
                                     JUAN GONZALES


Dated: June 14, 2007                  /s/  Stephen Quade
                                     STEPHEN QUADE
                                     Attorney for Defendant
                                     ANNETTE RAMIREZ SALAZAR

**ORDER**

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the status conference presently set for June 25, 2007 at 9:00 a.m. is continued until July 30, 2007 at 9:00 a.m. to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

**Dated:   June 15, 2007**                              **/s/ Anthony W. Ishii**
                                                UNITED STATES DISTRICT JUDGE