1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm, Suite 408
   Fresno, California 93704
3  Telephone: (559) 241-7000

4  Attorney for JUAN GONZALES

5

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9

10
   UNITED STATES OF AMERICA,        )   NO. 1:05 CR 00240 AWI
11                                  )
              Plaintiff,            )   STIPULATION TO CONTINUE
12                                  )   MOTION TO SUPPRESS
       vs.                          )   AND ORDER THEREON
13                                  )
   JUAN GONZALES, et al.,           )   DATE:    July 30, 2007
14                                  )   TIME:    9:00 AM
              Defendants.           )   DEPT:    Anthony W. Ishii
15 _____  )

16
          IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their attorneys of record that the status conference presently scheduled before the Hon
18
   Anthony W. Ishii for July 30, 2007 at the hour of 9:00 AM be continued to September 17,
19
   2007 at 9:00 AM.
20
          The parties agree that the delay resulting from the continuance shall be
21
   excluded in the interests of justice, including, but not limited to, the need for the period
22
   of time set forth herein for effective defense preparation pursuant to 18 U.S.C.
23
   Section 3161 (h)(8)(B)(iv).
24
   Dated: August 16, 2006.              McGREGOR W. SCOTT, United States Attorney
25

26
                                        By:  /s/ Kathleen Servatius
27                                      KATHLEEN SERVATIUS, Assistant U.S. Attorney
                                        Attorney for Plaintiff
28

Stipulation to Continue Motion to Suppress and Order Thereon

Dated: July 24, 2007..

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant JUAN GONZALES

Dated: July 24, 2007.

/s/ Stephen Quade
STEPHEN QUADE
Attorney for Defendant ANNETTE SALAZAR

ORDER

IT SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 27, 2007**          /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE