**DANIEL A. BACON** 065099
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for JUAN GONZALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             Plaintiff,  )<br>     vs.  )<br>JUAN GONZALES, et al.,  )<br>             Defendants.  )<br>_____ ) | NO. 1:05 CR 00240 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE/ CHANGE OF PLEA HEARING AND ORDER THEREON<br><br>DATE:   September 17, 2007<br>TIME:   9:00 AM<br>DEPT:   Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the status conference and change of plea hearing presently scheduled before the Hon Anthony W. Ishii for September 17, 2007 at the hour of 9:00 AM be continued to October 24, 2007 at 9:00 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

Dated: September 14, 2007.          McGREGOR W. SCOTT, United States Attorney

                                    By: /s/ Kathleen Servatius
                                    KATHLEEN SERVATIUS, Assistant U.S. Attorney
                                    Attorney for Plaintiff

Dated:   September 14, 2007.

                                    /s/ Daniel A. Bacon
                                    DANIEL A. BACON,
                                    Attorney for Defendant JUAN GONZALES

1  Dated:  September 14, 2007.

3                                    /s/ Stephen Quade
   _____
                                      STEPHEN QUADE
                                      Attorney for Defendant ANNETTE SALAZAR

## ORDER

IT SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:    September 18, 2007**              /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE