IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>                       Plaintiff,       )<br>                                                     )<br>                                                     )<br>             v.                                  )<br>                                                     )<br>ANNETTE SALAZAR,                )<br>                                                     )<br>                                                     )<br>                       Defendant.   )<br>_____) | 01:05-CR-240 AWI<br><br>ORDER ON GOVERNMENT'S<br>MOTION TO DISMISS<br>(Fed. R. Crim. P. 48 (a)) |

O R D E R

IT IS HEREBY ORDERED that the charges against ANNETTE SALAZAR found within the indictment in this case, be dismissed, and that the defendant's bond shall be exonerated.

IT IS SO ORDERED.

**Dated:    December 7, 2007**                          **/s/ Anthony W. Ishii**
                                                                    UNITED STATES DISTRICT JUDGE

1