1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm, Suite 408
   Fresno, California 93704
3  Telephone: (559) 241-7000

4  Attorney for JUAN GONZALES

5

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8

9
   UNITED STATES OF AMERICA,        )    NO. 1:05 CR 00240 AWI
10                                   )
                   Plaintiff,        )    STIPULATION TO CONTINUE
11                                   )    SENTENCING HEARING
             vs.                     )
12                                   )    DATE:    February 19, 2008
   JUAN GONZALES, et al.,            )    TIME:    9:00 AM
13                                   )    DEPT:    Anthony W. Ishii
                   Defendants.       )
14  _____ )

15         IT IS HEREBY STIPULATED by and between the parties hereto through

16  their attorneys of record that the sentencing hearing presently scheduled before the

17  Hon Anthony W. Ishii for February 19, 2008 at the hour of 9:00 AM be continued to

18  March 17, 2008 at 9:00 AM.

19         The parties agree that the delay resulting from the continuance shall be

20  excluded in the interests of justice, including, but not limited to, the need for the period

21  of time set forth herein for effective defense preparation pursuant to 18 U.S.C.

22  Section 3161 (h)(8)(B)(iv).

23  Dated: February 14, 2008.              McGREGOR W. SCOTT, United States Attorney

24

25                                         By:  /s/ Kathleen Servatius
                                           KATHLEEN SERVATIUS, Assistant U.S. Attorney
26                                         Attorney for Plaintiff

27  Dated:   February 14, 2008.
                                            /s/ Daniel A. Bacon
28                                         DANIEL A. BACON,
                                           Attorney for Defendant JUAN GONZALES

Stipulation to Continue Sentencing Hearing and Order Thereon

1
ORDER

2           IT SO ORDERED.  Time is excluded in the interests of justice pursuant to

3   18 U.S.C. Section 3161 (h)(8)(B)(iv).

4

5   IT IS SO ORDERED.

6   **Dated:    February 15, 2008**                          **/s/ Anthony W. Ishii**
                                                        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28