```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
```

```
UNITED STATES OF AMERICA,        )
                                 )    1:05-CR-0240 AWI
               Plaintiff,        )
     vs.                         )
                                 )    ORDER FOR RETURN OF
ANNETTE RAMIREZ SALAZAR,         )    NOTE AND DEED OF TRUST
                                 )
               Defendants.       )
_____)
```

The above-named defendant having been dismissed;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

Deed No.:    2005-032835

Receipt No.: 100-201977

IT IS SO ORDERED.

Dated:   February 21, 2008             /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE